IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOLICITOR GENERAL, et al. | : | NO. 12-MC-254 |

**O R D E R**

AND NOW, this 21st day of August, 2014, IT IS HEREBY ORDERED that Plaintiff's motion to reopen (Dkt. # 8) is DENIED with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons discussed in the accompanying Memorandum.

This case shall be marked CLOSED for statistical purposes.

BY THE COURT:

/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**